Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Fernando RANGEL, Jr. |
| **Docket Number:** | 2:05CR00480-01 |
| **Offender Address:** | Oakland, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 03/09/2006 |
| **Original Offense:** | 18 USC 922(g)(1) - Felon in Possession of a Firearm (CLASS C FELONY) |
| **Original Sentence:** | 77 months Bureau of Prisons; 36-month term of supervised release; $100 special assessment |
| **Special Conditions:** | 1) Submit to search; 2) Participate in drug or alcohol treatment; 3) Participate in drug or alcohol testing; 4) Aftercare co-payment; 5) Submit to collection of DNA. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | April 14, 2011 |
| **Assistant U.S. Attorney:** | Jason S. Hitt     **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Michael E. Hansen     **Telephone:** (916) 438-7711 |

**Other Court Action:**

<u>03/25/2011</u>:     Modification approved by the Court to allow the releasee to reside at a residential community correction center for up to 180 days in order to secure housing.

RE: **Fernando RANGEL, Jr.**
   **Docket Number: 2:05CR00480-01**
   <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
   <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

7.  The offender shall consent to be monitored by the form of location monitoring technology at the discretion of the probation officer for a term not to exceed four (4) months, and shall abide by all of the requirements established by the probation office related to the use of this location monitoring technology. The participant shall pay all or part of the cost of participation in the location monitoring program, based on his ability to pay as directed by the probation officer.

**Justification:** On April 14, 2011, the offender was released to the Northern District of California, where he has remained under supervision. On November 15, 2011, a home inspection was conducted by probation officers, who observed the offender's girlfriend had a black eye, which she stated accidently occurred during the installation of a shower rod. The offender appeared under the influence, and he admitted to drinking beer. Several butts and a leafy substance resembling marijuana were located on a kitchen table. The offender and his girlfriend insisted the marijuana belonged to the girlfriend. Sixteen pills of Vicodin were located in a baggie, which the girlfriend admitted she possessed without a prescription. The items were confiscated and the offender was instructed to report to the probation office the following day. On November 16, 2011, the offender violated the terms of his supervised release by testing positive for amphetamine/methamphetamine.

In order to address the violation conduct, the probation officer in the Northern District of California has requested a modification of supervised release terms to include up to four (4) months of electronic monitoring. The offender is agreeable to this modification and has signed a waiver of hearing/modification which is attached for the Court's consideration.

**RE:    Fernando RANGEL, Jr.**
       **Docket Number:  2:05CR00480-01**
       <u>**PETITION TO MODIFY THE CONDITIONS OR TERM**</u>
       <u>**OF SUPERVISION WITH CONSENT OF THE OFFENDER**</u>

                            Respectfully submitted,

                            /s/ Julie A. Fowler

                            **Julie A. Fowler**
                            **United States Probation Officer**
                            Telephone: (916) 930-4383

**DATED:**    January 13, 2012
              Sacramento, California
              jaf/c


**REVIEWED BY:**    <u>  /s/ Kyriacos M. Simonidis           </u>
                    **Kyriacos M. Simonidis**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( x )   Modification approved as recommended.

Date:  January 20, 2012

                            WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE

**RE: Fernando RANGEL, Jr.**
**Docket Number: 2:05CR00480-01**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

cc: United States Probation
Jason S. Hitt, Assistant United States Attorney
Michael E. Hansen, Defense Counsel
Defendant
Court File